UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

*In Re:*

Chapter 7
Case No. 19-12720-B-7

MATHEW J MURILLO, **Debtor,**
NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, **Creditor,**

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

Comes now BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel

for NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

        BARRETT DAFFIN FRAPPIER
        TREDER & WEISS, LLP

BY: /s/ EDWARD A. TREDER    06/28/2019
     EDWARD A. TREDER
     CA NO. 116307
     BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
     20955 PATHFINDER ROAD SUITE 300
     DIAMOND BAR, CA 91765
     Phone: (626) 915-5714, Fax: (972) 661-7726
     E-mail: EDCAECF@BDFGROUP.COM
     ATTORNEY FOR CREDITOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2019, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TREDER & WEISS, LLP

BY: /s/ EDWARD A. TREDER    06/28/2019
        EDWARD A. TREDER
        CA NO. 116307
        BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
        20955 PATHFINDER ROAD SUITE 300
        DIAMOND BAR, CA 91765
        Phone: (626) 915-5714, Fax: (972) 661-7726
        E-mail: EDCAECF@BDFGROUP.COM
        ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
MATHEW J MURILLO
4809 E. LEISURE AVENUE
FRESNO, CA 93727

MATHEW J MURILLO
4809 EAST LEISURE AVENUE
FRESNO, CA 93727

**DEBTOR'S ATTORNEY:**
PRO SE

**TRUSTEE:**
PETER L. FEAR
P. O. BOX 28490
FRESNO, CA 93729